# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.                                                                                    Case No: 5:25-cv-85-RBD-PRL

JOHN DOE SUBSCRIBER ASSIGNED
IP ADDRESS 73.21.224.121

    Defendant.

## ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Voluntary Dismissal (Doc. 10), filed April 25, 2025.  No answer has been filed.  Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 28, 2025.



ROY B. DALTON, JR.
United States District Judge